**Galt Drug Company, Inc., appellee, v. Continental Casualty Company, appellant. Gen. No. 36,981.**

 Heard in the third division of this court

for the first district at the October term, 1933. 
. Opinion filed March 14, 1934.

Abraham Lepine, for appellant; F. O. Terbell, of counsel. No appearance for appellee.

Mr. Justice Wilson delivered the opinion of the court.